

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00206-CV

## IN THE MATTER OF THE MARRIAGE OF
## KENNETH BEAIRD AND ELIZABETH BEAIRD

**From the 13th District Court
Navarro County, Texas
Trial Court No. D12-21779-CV**

## A B A T E M E N T  O R D E R

Appellant Elizabeth Beaird is appealing from the final decree of divorce between her and Appellee Kenneth Beaird. Kenneth filed a motion to disqualify Elizabeth's appellate counsel, Joe Izen, Jr. We granted the motion to disqualify and dismissed as moot all other pending motions, including Kenneth's first amended motion to show authority.

In his first amended motion to show authority, Kenneth stated, however, that Elizabeth is in a nursing home and unable to retain counsel to conduct an appeal.[1] It therefore appears that Elizabeth is incapacitated and may need the appointment of a

---

[1] In the trial court, Afton Jane Izen filed a motion to appoint a guardian ad litem in which she asserted that Elizabeth suffers from Huntington's disease, which renders her mentally incapacitated.

guardian, and/or a guardian ad litem, and/or an attorney ad litem, if one has not yet been appointed.

Accordingly, this appeal is abated to the trial court to hold a hearing within 28 days from the date of this Order to determine whether Elizabeth requires the appointment of a guardian, and/or a guardian ad litem, and/or an attorney ad litem, and, if so, to appoint a guardian, and/or guardian ad litem, and/or attorney ad litem (if one has not yet been appointed) for the purpose of representing her in this appeal.

The trial court clerk and court reporter shall file supplemental records within 35 days after the date of this Order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed April 16, 2015
Do not publish

